MAYOR OF BAYONNE, appellant,

*v.*

BANK OF HARLEM, respondent.

On appeal from a decree advised by Vice-Chancellor Green, whose opinion is reported in *Bank of Harlem* v. *Bayonne, 2 Dick. Ch. Rep. 246.*

*Mr. Charles W. Fuller,* for the appellant.

*Mr. Edward A. Day,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, SMITH—9.

*For reversal*—None.